UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NEIL JAMES ROBERSON, | | |
| | Petitioner, | Case No. C24-1198-TL |
| v. | | |
| JASON BENNETT, | | ORDER DISMISSING FEDERAL HABEAS ACTION |
| | Respondent. | |

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)   The Report and Recommendation is approved and adopted.

(2)   Petitioner's petition for writ of habeas corpus (Dkt. 4-1) and this action are DISMISSED without prejudice for failure to exhaust state court remedies.

(3)   Petitioner's application to proceed *in forma pauperis* (Dkt. 4) is DENIED as moot.

(4)   In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(5) The Clerk is directed to send copies of this Order to Petitioner and to Judge Vaughan.

DATED this 5th day of November, 2024.

TANA LIN
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2